Mirna **RODRIQUEZ**, Plaintiff-Appellant,

v.

Eric K. **FANNING**, Secretary of the Army, Defendant-Appellee.

No. 17-1083

United States Court of Appeals, Fourth Circuit.

Submitted: September 12, 2017

Decided: September 21, 2017

Robert L. Jenkins, Jr., BYNUM & JENKINS, PLLC, Alexandria, Virginia, for Appellant. Dana J. Boente, United States Attorney, Kimere J. Kimball, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mirna Rodriquez appeals the district court's orders deeming the Appellee's statement of undisputed facts as admitted and denying reconsideration, and granting summary judgment in favor of the Appellee on Rodriquez's claims of discrimination and retaliation. We have reviewed the rec-

ord and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rodriquez v. Fanning*, No. 1:15-cv-01654-TSE-JFA (E.D. Va. Nov. 22 & Dec. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*